# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

WILBUR LANN PITTMAN

V.

H. HOWARD

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09-0319 JM (JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and it is further ordered that this case is dismissed without prejudice for lack of proper venue pursuant to 28 U.S.C. §§ 1391(b) and 1406(a)...........................................................................................................................
...............................................................................................................................................

| March 30, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON March 30, 2009

09-0319 JM (JMA)